United States District Court
Northern District of Florida.

<u>Civil Rights Complaint Form for Pro Se,
Prisoner Litigants In Actions Under
28 U.S.C. 1331 or 1346 or 142 U.S.C. 1983</u>

Jonathan Nunez
   M45518

   V.

Donald Leewins
John Doe #1
John Doe #10


see attached !

Case # __A:21 CV101 AW-Mjf__

Jury Trial Requested ?
    Yes

PROVIDED
TO SANTA ROSA C.I.
ON FEB 18 2021
FOR MAILING BY

(1)

FILED USDC FLND TL
FEB 22 '21 PM 4:52



## Defendant's

John Doe #2, John Doe #3, John Doe #4, Jane Doe #5, John Doe #6, John Doe #7, Chandler's, Johnson, Adam's, Hatchet, Bishop, John Doe #8, John Doe #9, John Doe #11, John Doe #12, John Doe #13, John Doe #14, Nelly, Scott, McKinzie, Watson, Johnson, Fowler, Kukos, John Doe #15, John Doe #16, John Doe #17, Santiago, Dykes, Bennefield, Ronsbough, Mills, Lingo, Cortes, Neil, John Doe #18, John Doe #19, John Doe #20, Miller, Maxi, Braddy, King, Monner's, Cade, Johnson, White, Hoire, Cattnach, George, Lesser, Flourney, Edward's, Rodriguez, Jane Doe #21, John Doe #22, John Doe #23, John Doe #24, John Doe #25, John Doe #26, Jane Doe #27, Adam's.

I. Parties to this Complaint
   A. Plaintiff
      Plaintiff's Name: Jonathan Nunez   ID: M45518
   List all other names by which you have been known:
      Ponce id, Chico d, Bori.
   Current Institution: Santa Rosa Correctional Institution.
   Address: 5850 East Milton Road, Milton, Florida, 32583.

   B. Defendant's
      1. Donald Leawins
         Warden
         Santa Rosa Correctional Institution
         5850 East Milton Road, Milton, Florida, 32583
         Sued in Individual Capacity

      2. John Doe #1
         Warden
         Madison Correctional Institution

         Sued in Individual Capacity

      3. John Doe #10
         Warden
         Florida State Prison
         P.O. Box 800, Raiford, Florida, 32083
         Sued in Individual Capacity

      4. John Doe #2
         Safety Director
         Madison Correctional Institution

         Sued in Individual Capacity                    (3)

5. John Doe #3
   Lieutenant
   Madison Correctional Institution

   Sued in Individual Capacity

6. John Doe #4
   Lieutenant
   Madison Correctional Institution

   Sued in Individual Capacity

7. Jane Doe #5
   Classification Officer
   Madison Correctional Institution

   Sued in Individual Capacity

8. John Doe #6
   Sergeant
   Madison Correctional Institution

   Sued in Individual Capacity

9. John Doe #7
   Officer
   Madison Correctional Institution

   Sued in Individual Capacity

(4)

10. Chandler's
Sergeant
Madison Correctional Institution

Sued In Individual Capacity

11. Johnson
Sergeant
Madison Correctional Institution

Sued In Individual Capacity

12. Adam's
Sergeant
Madison Correctional Institution

Sued In Individual Capacity

13. Notchet
Sergeant
Madison Correctional Institution

Sued In Individual Capacity

14. Bishop
Officer
Madison Correctional Institution

Sued In Individual Capacity

(5)

15. John Doe # 8
    Disciplinary Report Investigator
    Madison Correctional Institution

    Sued in individual Capacity

16. John Doe #9
    Unknown (Person's violating Plaintiff privacy)
    Madison Correctional Institution

    Sued in individual Capacity

17. John Doe #11
    Safety Director
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued in individual Capacity

18. John Doe #12
    Unknown (Person's Violating Plaintiff Privacy)
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued in individual Capacity

19. John Doe #13
    Unknown (Order givers write rules, regulations and policys)
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued in individual Capacity

20. John Doe #14
    Lieutenant
    Florida State Prison
    P.O. Box 800, Raiford, Florida, 32083
    Sued in Individual Capacity

21. Nelly
    Lieutenant
    Florida State Prison
    P.O. Box 800, Raiford, Florida, 32083
    Sued in Individual Capacity

22. Scott
    Sergeant
    Florida State Prison
    P.O. Box 800, Raiford, Florida, 32083
    Sued in Individual Capacity

23. McKinzie
    Sergeant
    Florida State Prison
    P.O. Box 800, Raiford, Florida, 32083
    Sued in Individual Capacity

24. Watson
    Sergeant
    Florida State Prison
    P.O. Box 800, Raiford, Florida, 32083
    Sued in Individual Capacity

(7)

25. Johnson
    Sergeant
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued In Individual Capacity

26. Fowler
    Officer
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued In Individual Capacity

27. Kokoo
    Officer
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued In Individual Capacity

28. John Doe # 15
    Doctor
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued In Individual Capacity

29. John Doe # 16
    Medical Director
    Florida State Prison
    P.O. Box. 800. Raiford, Florida, 32083
    Sued In Individual Capacity

30. John Doe #17
    Medical Provider
    Florida Provider Prison
    P.O. Box. 800. Raiford, Florida. 32083
    Sued in Individual Capacity

31. J. Santiago
    Assistent Worden
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

32. B. dyken
    Unknown
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

33. T. Bennefield
    Unknown
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

34. A Ronabourgh
    Unknown
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

35. L Mills
   Unknown (Classification Officer)
   Santa Rosa Correctional Institution
   5850 East Milton Road, Milton, Florida, 32583
   Sued In Individual Capacity

36. T. Lingo
   Unknown
   Santa Rosa Correctional Institution
   5850 East Milton Road, Milton, Florida, 32583
   Sued In Individual Capacity

37. J S Carter
   Unknown
   Santa Rosa Correctional Institution
   5850 East Milton Road, Milton, Florida, 32583
   Sued In Individual Capacity

38. Neil
   Lieutenant
   Santa Rosa Correctional Institution
   5850 East Milton Road, Milton, Florida, 32583
   Sued In Individual Capacity

39. John Doe #18
   Lieutenant
   Santa Rosa Correctional Institution
   5850 East Milton Road, Milton, Florida, 32583
   Sued In Individual Capacity

40. John Doe #19
    Captain
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

41. John Doe #20
    Safety Director
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

42. Maxi
    Sergeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

43. Miller
    Sergeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

44. King
    Sergeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

45. Braddy
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

46. Mannello
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

47. Cade
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

48. Johnson
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

49. White
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

50. Hallo
    Sargeant
    Santa Rosa Collectional Institution
    5850 East Melton Road, Melton, Florida, 32583
    Sued In Individual Capacity

51. Cottnach
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Melton Road, Melton, Florida, 32583
    Sued In Individual Capacity

52. George
    Sargeant
    Santa Rosa Correctional Institution
    5850 East Melton Road, Melton, Florida, 32583
    Sued In Individual Capacity

53. Lenner
    Officer
    Santa Rosa Correctional Institution
    5850 East Melton Road, Melton, Florida, 32583
    Sued In Individual Capacity

54. E Flournoy
    Officer
    Santa Rosa Correctional Institution
    5850 East Melton Road, Melton, Florida, 32583
    Sued In Individual Capacity

(13)

55. Edward's
    Officer
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

56. Jane Doe #21
    Nurse
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

57. John Doe #22
    Medical Director
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

58. L Rodriguez
    Doctor
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

59. John Doe #23
    Medical Provider
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

60. John Doe #24
    Diciplinary Report Investigator
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

61. John Doe #25
    Unknown (Person Violating Plaintiff privacy)
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

62. John Doe #26
    Unknown (order giver's write rules, regulations and policys)
    Santa Rosa Correctional Institution
    5850 East Milton Road, Milton, Florida, 32583
    Sued in Individual Capacity

63. John Doe #27
    Secretary of Florida Department of Correction
    Florida Department of Correction
    501 South Calhoun Street, Tallahassee, Fl, 32399
    Sued in Individual Capacity

64. J Adams
    Secretary's Representative of F.D.O.C.
    Florida Department of Correction
    501 South Calhoun Street, Tallahassee, Fl, 32399
    Sued in Individual Capacity

II. Basis for Jurisdiction
Bringing suit against
State/Local Officials (1983 Case)

III. Prisoner Status
Convicted State Prisoner

IV. Statement of Facts
1) On this day March 18, 2019 at Madison Correctional Institution a incident took place at the dinning area at lunch meal were numerous of secury personal fail and neglect to protect and follow procedures and regulations failing to their dutys and positions.
2) On this day passing through center gate and Sgt Webb position and duty to make sure that no weapons pass through this area were all Administrative building's and dinning area is located having different types of devices metal detectors also having the authority that anybody suspicious can be random search.
2) I get to the chow hall when on line to pick up my meal I get brutally stabbed (assaulted) by a individual or individuals in front of officer Bishop and others also video camera devices.
4) When finally coming to my sences I was able to recognize some of this other personal Sgt Chandler's, Sgt Adam's, Sgt Hatchet, Sgt Johnson, Lieutenant John Doe #3 finally took to medical by Sgt Frazier.
5) Taken to Tallahassee Hospital for the severity of the injurys I was put on emergency surgery were they have to Insert a stent or vescular in my neck were I was stabbed also I was hit on my head followed surgery I was to be observed on a Intensive unit care for 72 hours.
6) Due to the negligent of Sgt John Doe #6 and Officer John Doe #7 I was extracted back to the Institution In less

(16)

than 24 hours on strong hard pain medication not in the right condition's getting to the Institution witnessing my state was the Warden John Doe #1.

7) I want to state for the record of this court that officially off record and without notice of my authorization I have been violated Electronically Monitored with maliciously harmfully exposed with intent to display for the entertainment of the media or public of incidents, youthful offenses, pass activities, family members, minor's like and relatives, disclosing Information or making accusations about plaintiff that might lead other prisoner's to attack him.

8) Jeopardizing Plaintiff life with out the authorization to expose me through this device i have been deprived of my own capabilities to function as caring for my own self like some type of incompetent person, example task as seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, also bodily functions as Immune system, normal cell growth, digestion, bowel, brain activities, respiratory and circulatory.

9) This have been causing real emotional distress and physical injurys causing me through the same device emotions like anxiety attacks or "outrage" from this device to display me on public when incite by officers or staff and their encouragement to inmates this defendant's on control of this device have completly pretend like im insane to retaliate for situation's out of my control becoming a target of general population also security i have received threats, discriminate, humiliate, harrazed defamed intending to harm the reputation of Plaintiff to lower him in the estimation of others to deter third person's from associating or dealing with him.

10) And because of same exposure Plaintiff was robbed and brutally assaulted and because a target from gang's member's.

(17)

11) Following this success I was served (2) Diciplinary Reports one for fighting another for posesion of a weapon were the allegations on both reports do not relate to the true of incident as cover a recording devices of snow ball and witness will state.

12) I was never able to plead no defense on this charges I was segregated en a cell in medical on medication and cause of injurys not able to walk due to pain, blurry vision, unbalance loss of conciousness, strong headaches till later when I appeal Institutionel level getting denied and tranfer.

13) This defendant's have conspire concealing the true fact's and evidence introducing false report's for punishment and refusing to look at video tape's prosecuting the Plaintiff of false charges to later found out that Plaintiff was not assaulted by one individual but two individual's and they have conspire hiding the true making violation on top of violation trying to cover it all up.

14) By defendent's Diciplinary Report investigator John Doe #8 Safety Director John Doe #2, John Doe #9, Lieutenant John Doe #3, Lieutenant John Doe #4, Classification Officer Jane Doe #5 and Warden #1

15) Tranfered to Florida State Prison for been recomended to Close Management under false charges disproportionately harsh for the offenses causing significent hardship and emotional distress.

16) And continually been exposed by Electronically monitoring device I was subjected to threat's, discrimination, humiliated harrased, refl in to be disrespectful and be displayed for the media or public.

17) This personal are witness and defendant's of my allegation's and accomplice to false report's, use of forces, desorganized use of chemical agent's, depravation of kitchen meal's, put on strip's longer period's than supposed on eventually low temperature cells.

(18)

18) By defendant's Sgt Scott, Sgt Mckenzie, Sgt Watson, Sgt Johnson, Officer Fowler, Officer Kokos, Lieutenant Nolly, Lieutenant John Doe #14.

19) Also the Medical Department neglect my injury's deliberate Indifference to my medical needs as recommended by the out side physian (surgeon) to follow up's, prescribed medication's since the surgery consisted of a stent or vascular that I need to be look at from time to time through a sonogram or a MRI.

20) Also this respondeat superiors for deliberate Indifference failing to correct, supervise to their duty of authority when they know or should have known that a prisoner was treated unconstitutionally and do nothing Doctor John Doe #15, Medical Director John Doe #16, Medical Provider John Doe #17 for Inadequate care not satisfying the terms of contract between the provider and the state to provide prisoner's need's.

21) Also this Defendant's Warden John Doe #10, Safety Director John Doe #11, John Doe #12, John Doe #13 from Florida State Prison.

22) When I started grievance of florida State Prison I was tranfered to Santa Rosa Correctional Institution on a bus full of general population Inmates continually under the Electronically Monitoring jeopardizing my life and safety since everybody know who I am.

23) I was tranfered to Santa Rosa C.I. on 2/14/20 assigned with another Inmate In the same cell I was subjected to a numerous of humiliteations, discriminate, harrased, deprived confiscation or destruction of property, thrects, placement's on High secury status For leverage to have more control over my meal's since that's a Form I have be retoliated, false report's over detained in Confinement to provoke Plaintiff to get more Diciplinary Report's is a continuing wrong.

24) And since Plaintiff was put on restrictions of property it was hard to keep up because by the time I'll get off the defendent's will start all over again not able to get date's, time's so I add reses my grievances for remedies to the best of my Knowledge.

(19)

25) This defendant's are also witness of the exposure and danger psychologically that this Electronically Monitoring is causing on me and around since they also are participant's Sgt Mavi Sgt King, Sgt Manner's, Sgt Cade, Sgt Johnson, Sgt White, Sgt Haile, Sgt Cottrach, Sgt George, Official Lessel, Official E Gournay Official Edward's also they have call Plaintiff a snitch in front of other inmate's because i have complained to the sewly personal of be deprived of meol's or been sabotage by inmate workers when they have be bystander's and do nothing.

26) They even have not get or answer request of witness statement's when i have seek Pm status (Protective Management) because it have become obvious i'm a victim through this exposure and they have been failing to protect Plaintiff of the risk even i have personally notified the Lieutenent John Doe #18 and Captain John Doe #19 and Safety Director John Doe #20 cause awareness also i have notified the warden Donald Leavins and security about it to no avail.

27) Like i explaing in paragraph (9) this device can cause really mood swings to a point of control causing on me to get nurvous of Diciplinery Report's in which my due process of law have be violated Plaintiff will seek the information storage that have be monitored in order for defense on discovery.

28) By this defendant's Lieutenent Neil, A Roosbourgh, Js Cotter L Mills Td Lingo, Diciplinery Report investigator John Doe # 24 not offering or give me the propel form's to present a writing defense but also be denied of attending the Diciplinery Report hearing's.

29) I have exhaust the Administrative Remedies recommended by PLRA to the best of my capacity or to which i have been allowed with out been retaliated, to go further have prove dangerous, futile, unfair and a waste of time since sometimes they discard them or make remedies unavailable and Plantiff have be intimidated, misleed into exaust only several thing's.

30) Also Plaintiff have seek remedies through the bureau of law

ates grievances on a Emergency level cause of the abusive, unreasonable treatment and they have not active collect of super vise the conduct of suboldinates misleading the fact's Secreta ry of DOC Jane Doe #27 and representative d Adan's.

31) Plaintiff also have send letters to the Inspector General, Internal Affairs through the court system so it wouldn't be intercepted since the retaliation and violation of privileges from defendant's have twin conspiratory unconstitutional and out of proportion.

32) Even having the power over the Medical Department to deprive d me from treatment and care that my Injurys needs when is obvious deliberate Indifference from John Doe #26 but not enough for Medical Dept act in their own capacity of leverage to be held liable.

33) Deliberate Indifference to my Medical needs specially when it have been referred by a outside physician (surgeon) they not even at a minimum have provide a conensiog explana tion for their choice as a matter of opinion, depriving Plaintiff of prescribed medication. Follow up's since the surgery consis ted of a stent or vascolar that it need to be look at from time to time through a sonogram or MRI or needs removal.

34) Defendant L Rodriguez, Medical Director John Doe #22, Nurse Jane Doe #21 that even at one time after several grievances she come and see me and acknowledge that i was supposed to be on Medication also the Medical Provider John Doe #23 for Failure to their duty for not satisfying the contract terms of providing prisoners needs.

35) I held defendant's act's violating Plaintiff privacy descri minating him exposing to danger and other violations that the court with the help of a Appointed Counsel will prove to respon dect superior's Donald Leauins to older giver's that write rules regulations, policys John Doe #26, the one's behind the Electro nically Monitoring Device John Doe #25, el Santiago, B dykes T Bennefield, and other's that Plaintiff had evidence of dow

ment's on his property when it was confiscated (2) time's and never returned first by Sgt Braddy and then by Sgt Miller since there were the one's that inventored they are the one's responsible.

36) All legal work, Dictionary's, research in order to file this claim and law sue, personal clothing, purchased canteen, prescribed glasses, personal book's, lot's of amounts of drawing's that Plaintiff have dedicated himself and time, days, year's to do them and collect them all have been confiscated and never returned.

37) This claim is all related since day one of the danger that he become expose suffering from getting brutally assaulted to depravations of the Constitution and State law's causing on the Plaintiff severilly physical, psychological and socially injury's and to this day still suffering.

V. Statement of Claims.

A. Failure or neglect to Protect.

38) Failure or neglect to protect by defendant's Sgt Webb, Sgt Adam's, Sgt Chandler's, Sgt Hatchet, Sgt Johnson, Officer Bishop Lieutenant John Doe #3, Safety Director John Doe #2, John Doe #9 Warden John Doe #1 also to take the proper measures to protect or act on any threat of assault against inmates, failing to ensure the protection from the general danger arising from a prison environment that is known from such violence and to take the corrective action's in response to high rate's of assault or to particular pattern's of assault.

39) As result of defendant's failure Plaintiff was viciously assaulted and received physical and emotional injury's.

40) Also this defendant's for failing to the notice of Plaintiff complain Warden Donald Leavins, J Adam's, John Doe #27 Officer Edward's, Officer E Gournay, Sgt Cattnach, Sgt Naile, Sgt White, Sgt Cade, Sgt Mavi, Sgt King, Sgt Menner's about been targeted from other inmate's showing evidence even when they have witness deliberate indifference when they have

(22)

labelled him as a snitch and not protect him or give him protection custody even aware of the risks when they have violent inmate's working there is unreasonable and unsafety failing to protection specielly when the inmate's worker's in more than one ocanion have deplived him of meal's.

41) And as result of defendant's conduct Plaintiff have suffer unreasonable ammount of weight subjected to bad health and nutrition to a point of starvation and physical and emotional injurys.

42) This defendant's are liable for deliberate indifference viola tion's of the eight Amendment, Fourthteen Amendment and State tort claim's for neglect.

## B. Violation of Privacy

43) Under this claim i hold liable Worden John Doe #1 Safety Director John Doe #2, John Doe #9 Worden John Doe #10 Safety Director John Doe # 11 John Doe #12, John Doe #13 Donald Leavins Safety Director John Doe #20 John Doe #25 John Doe #26 John Doe #27 & Adams, For invasion of interference by physical intrusion and violation of privacy exposing privilege information as medical diagnosis, life of minors, youthful offenses and other offenses mention on section IV of the complaint.

44) And as result Plaintiff have been subjected to retaliations discliminations, humiliation, harrasment, deprivation of liberty and property even got assaulted.

45) This defendants liability for the Fourth Amendment, fifthen Amendment, eight Amendment, Fourthteen Amendment also state laws for violation of privacy and tort treatise.

46) Plaintiff have suffer severilly physical and emotional injurys and psychological pain.

## C. Deprevations and Violations of Due Process of law.

47) This defendant's are liable for violation's of due Process of law Worden John Doe #1 Safety Director John Doe #2 Lieutenant John

(23)

Doe #3 Lieutenant John Doe #4 Classification Officer John Doe #5 Diciplinary Report Investigator John Doe #8 John Doe #9 For failure to supervise, correct, closing documents and evidence alleging to the contrary concealing the true Introducing false evidence in it self with maliciously Intent to prosecute Plaintiff.

48) And as result Plaintiff was punish to a Close Management Facility losing all privileges been put on solitary confinement and expose to psychological harm, physical and emotional Injurys.

49) This defendant's are liable Sgt Scott, Sgt Watson, Officer Kukos, Officer Fowler, Lieutenant Nelly, Lieutenant John Doe #14 Worden John Doe #10 Safety Director John Doe #11 John Doe #12 For false report's concealing the true of facts to prosecute the Plaintiff deliberate Indifference to harm with excessive ammount's of diciplinary charges on retaliation for exercising right's of free speech or other Constitional rights.

50) Also this defendant's are liable Worden Donald Leavins Safety Director John Doe #20 Diciplinary Report Investigator John Doe #24 John Doe #25 Lieutenant Neil, A Ransbough, J.S Carter L Mills, Td Lingo, For violating Plaintiff access to Diciplinory Report's hearings or to represent my self through writing or refusel to look at video tape's even when they have viola to their own rules and procedures of Chapter 33 of Florida Aduinistrative Code also for over detain Plaintiff In Confinement unlawfully excesive sentences and fines Imposed discriminating with deliberate Indifference violating the right's of those of the Constitution.

51) All this defendant's mention on this Claim are subjected For violations of the Fourth Amendment, Eighth Amendment Fourteen Amendment and State laws for negligent causing Plaintiff physical and emotional Injurys.

(24)

D. Deliberate Indifference to Medical Needs.

52) I hold liable Sgt John Doe #6 Officer John Doe #7 and Worden

John Doe #1 for deliberate indifference of my conditions that after been on surgery and ordered by the physian to be on observati on for 72 hour's I was extracted from the Hospital in less than 24 hour's not in the condition's by this (2) security officer's and ordered by the Warden which he receive me in the Instituti on when I got back witnessing my state.

53) In Florida State Prison also I was neglected by the Doctor of my medical treatment and care to follow up's with the out side physian like I explained with him that I will always was feeling pain on my neck or have headaches constantly we dis cused the conditions but never was recommended to be check since the physian (surgeon) is outside of prison but that I need state injurys constitute of a stent of vascular that will need to be look at with some type of sonogram or MRI to make sure that everything is working proper deliberate indifference by Doctor John Doe #15 also the Medical Director John Doe #16 and Medical provider John Doe #17 for not provide me the help of my medical condition's and for not satisfying their duty on the contract between the provider and the state making me a third party beneficialy for failing to provide a competent capable physian to handle such cases or send me to get the proper diagnostic of such injurys.

54) Also Plaintiff when tranfered to Santa Rosa C.I. on 2/14/20 the Medical Department have neglect the conditions of the Plai ntiff causing more trauma and not even call me for check up's or to discuss my medical need's much less give me my prescri bed medication by the physioden (surgeon) that did the surgery after a certain ammount of grievances I finally was able to see a nurse were she acknowledge that I was supp osed to be on prescribed medication since the medication consist on be blood thinner's so the blood pass through the stent of vascular smooth with out getting coagulate reason's why plaintiff have be sometimes feeling dizzy or unbalanced because the need of good circulation.

(25)

55) Defendant's liable are Noise done Doe #21, L Rodriguez, Medical Director John Doe #22, B dykes, A Santiago, Medical Provider John Doe #23 For deliberate Indifference to Plaintiff needs Failing to provide treatment and care as the contract and term's stipulate moving as third party beneficiary of such contract because the negligency and Malpractice.

56) Plaintiff held liable all this defendant's mention on this claim For violations of the eight Amendment, Fourteen Amendment, State laws tort action claims for negligency and malpractice.

57) Due to the failure and deliberate Indifference of defendant's Plaintiff have suffer further physical and emotional Injurys.

E. Conspiracy.

58) On this claim Plaintiff held liable defendant's Walden John Doe #1, Safety Director John Doe #2, Lieutenant John Doe #3, Lieutenant John Doe #4, Classification Official Jane Doe #5, Diciplinary Report Investigator John Doe #8, John Doe #9, Official Bishop For conspiring closing documents, video tapes, evidence and Facts concealing the true from a violent criminal Incident were Plaintiff was brutally assaulted (stabbed) almost causing death and Introduce False evidense documents and reports to used on a Diciplinary Report court officially protected to prosecute under the Due Process and unlawfully violate the clause to prosecute Plaintiff founding him guilty of such False report deliberate indifference even violating their own Code of Chapter 33. procedure 601-602 Failing to Investigate of Interfere or correct but not do and enter with other's on conspiracy is a undisputed Fact.

59) And as results Plaintiff suffered severilly physical and emotional Injurys that affect him on daily basis.

60) Also liable For the Intrusion of physical Interference and privacy defendant's entering into a conspiracy to deprive

(26)

vo Plaintiff of Constitutional Rights and State laws intimi
dating him with retoliation's, threats, Discrimination,
depriving him calling Plaintiff a snitch in order to deter
other's to dont deal with him exposing him causing harm
fully pain also conspiring with private contractor's as
Medical Department to deprive Plaintiff of his Medical
need's, appointment's or to get secury personal to misco
nduct against him to incite to get Diciplinary Reports
When Plaintiff seek's legal work or material's from Law li
brary they discord my request of material's, hold my D.R.
findings in order I dont appeal them having the chance
and evidence to win or reversal also with grievances they
have deprive him of kitchen meal's in order to intimidate
on retoliation, conspire to display for entertainment of the
media or public with out authorization concealing the true of
who is the perpetrator's violating him of his Rights are,
and when Plaintiff seek information through grievances or
directly to a supervisor they retaliate with uses of chemical
agent's or other form's explained on section IV of this Complaint.
61) By defendent's Warden John Doe #1 Safety Director John Doe
#2, John Doe #9, Warden John Doe #10, Safety Director John
Doe #11, John Doe #12, John Doe #13, Warden Donald Leavins
J Santiago, B dykes, T Bennefield, A Ransbourgh, L Mills, T J
Lingo, J S Corter, Lieutenant Neil, Lieutenant John Doe #18,
Captain John Doe #19, Safety Director John Doe #20, L Rodriguez
Nurse Jane Doe #21, Medical Director John Doe #22, Medical
Provider John Doe #23, Diciplinary Investigator John Doe #24
John Doe #25, John Doe #26, Secretary of DOC Jane Doe #27
J Adam's.
62) All this defendent's supervisor's, respondeat superior's
and subordinate's they deliberate indifference conspire to
all this allegations on this complaint depraving Plaintiff
of Constitutional and State laws as the first Amendment
Fourth Amendment, Fifth Amendment, eight Amendment

Fourthteen Amendment and State laws for conspiracy and neglect to protect.

63) And as result Plaintiff have severilly suffer psychological pain, got assaulted viciously receiving physical and emotional injurys that affect him on daily basis.

F. Retaliation.

64) The refusal of defendant's Warden John Doe #10, Safety Director John Doe #11, John Doe #12, John Doe #13, Lieutenant Nelly, Lieutenant John Doe #14, Sgt Scott, Sgt McKinzie, Sgt Watson, Sgt Johnson, Officer Fowler, Officer Kukos, Warden Donald Leavins, J Santiago, Bdy Kos, T Bennefield, A Ranshough, L Mills, TJ Lingo, JS Carter, Lieutenant Neil, Lieutenant John Doe #18, Captain John Doe #19, Safety Director John Doe #20, Sgt Maxi, Sgt Miller, Sgt Braddy, Sgt King, Sgt Manners, Sgt Code, Sgt Johnson, Sgt White, Sgt Haile, Sgt Cattnach, Sgt George, Officer Lossol, Officer E Flooinoy, Officer Edwords, L Rodriquez, John Doe #24, John Doe #25, John Doe #26, Medical Director John Doe #22.

65) To provide Plaintiff with his Constitutional and State Rights after claiming violations of such rights in adverse action defendants have retaliate through subordinates to use chemical agents, strip's and restriction's of property depravation of due process of law also of kitchen meal's descriminating, humiliating calling the Plaintiff a snitch in front of other inmate's and secury personal, retaliating for filing grievences, request with the purpose to make a claim as exhausting remedies as PLRA recommend.

66) The Defendant's have in adverse action retaliate even denying medical treatment or appoinments or priviloges confiscation and destruction of property, placement on diciplinary confinement on excessive retaliatory cruel senten ces and excessive fines Luposed as all related on section IV

(28)

all this defendant's even that not all have been physical participant's but they have been aware turning a blind eye of such unconstitutional abusive, unreasonable treatment and deliberate indifference have not do nothing to correct from subordinates all up to respondeat superiors to order giver's that write rules, regulation's and policys.

67) This defendant's violated and deprived Plaintiff of Constitutional and State laws right's as First Amendment, fourth Amendment, fifth Amendment, eight Amendment, fourteen Amendment and State laws tort action claims as negligent to protect.

68) And as result Plaintiff have suffer constantly every day emotional distress, psychological pain and also physical damages.

## VI. Relief Requested.

Wherefore Plaintiff request that this court grant the following relief:

A. Declare that defendant's Sgt Webb, Sgt Adams, Sgt Chandlers Sgt Hatchet, Sgt Johnson, Officer Bishop, Lieutenant John Doe #3 Safety Director John Doe #2, John Doe #9, Warden John Doe #1 Violated Plaintiff eight Amendment, fourteen Amendment and State laws for negligent failing to protect from a known risk of assault and he was severilly assaulted.

B. Declare that defendant's Donald Leavins, J Adams, Jane Doe #27, Officer's Edward's, Officer E flournoy, Sgt Cottnach, Sgt Haire, Sgt White, Sgt Code, Sgt Maxi, Sgt King, Sgt Manneis Violated Plaintiff eight Amendment, fourteen Amendment and State laws for failing and negligent to protect from other violent inmate's and due cause of it have be targeted.

C. Declare that defendant's Warden John Doe #1, John Doe #2, John Doe #9, Warden John Doe #10, John Doe #12, John Doe #13, Donald Leavins, John Doe #20, John Doe #25, John Doe #26, Jane Doe #27, J Adams, Violated Plaintiff fourth

Amendment, Fifth Amendment, eight Amendment, fourteenth Amendment and state laws for violation's of his privacy, invasion of interference by physical intrusion, exposure and display for entertainment of media or public.

- D. Declare that defendant's Warden John Doe #1, Safety Director John Doe #2, Classification Officer Jane Doe #5, Lieutenant John Doe #3, Lieutenant John Doe #4, Diciplinary Report investigator John Doe #8, John Doe #9, Sgt Scott, Sgt Watson, Officer Kukos, Officer Fowler, Lieutenant Neil, Lieutenant Nolly, Lieutenant John Doe #14, Warden John Doe #10, Safety Director John Doe #11, John Doe #12, Donald Leavins, Safety Director John Doe #20, Diciplinary Report investigator John Doe #24, John Doe #25, A Ransbough, J Carter, L Mills, T J Linoo, have violated plaintiff fourth Amendment, fifth Amendment, fourteenth Amendment and state laws for negligent, depravations and violations of Due process of law.

- E. Declare that defendant's Warden John Doe #1, Safety Director John Doe #2, Lieutenant John Doe #3, Lieutenant John Doe #4, Classification Officer Jane Doe #5, Diciplinary Report investigator John Doe #8, John Doe #9, Officer Bishop, Warden John Doe #10, Safety Director John Doe #11, John Doe #12, John Doe #13, Donald Leavins, J Santiago, B dy Kos, T Bennefield, A Ransbourgh, L Mills, T J Linoo, J Carter, Lieutenant Neil, Lieutenant John Doe #18, Captain John Doe #19, Safety Director John Doe #20, L Rodriguez, Nurse Jane Doe #21, Medical Director John Doe #22, Medical Provider John Doe #23, Diciplinary Report investigator John Doe #24, John Doe #25, John Doe #26, Secretary of Florida D.D.C., J Adams Violated plaintiff first Amendment, fourth Amendment, fifth Amendment, eight Amendment, fourteenth Amendment, and state laws for conspiracy, neglect and protect.

- F. Declare that defendant's Sgt John Doe #6, Officer John Doe #7, Doctor John Doe #15, Medical Director John Doe #16, Medical Provider John Doe #17, Nurse Jane Doe #21, Medical Director

John Doe #22, Medical Provider John Doe #23, L Rodriquez, B Aykos J Santiago Violated Plaintiff eight Amandment, Fourteenth Amendment and State laws for factions claims for negligent and malpractice to provide Plaintiff medical care.

. G. Believe that defendant's Warden John Doe #10, Safety Director John Doe #11, John Doe #12, John Doe #13, Lieutenant John Doe #14 Lieutenant Nollg, Sgt Scott, Sgt McKinzie, Sgt Watson, Sgt Watson, Sgt Johnson, Officer Fowler, Officer Kukos, Donald Loavins, J Santiago, B Aykos, T Bonnefield, A Bonshourgh, L Mills, TJ Lingo J S Corter, Lieutenant Noil, Lieutenant John Doe #18, Captain John Doe #19, Safety Director John Doe #20, Sgt Maxi, Sgt Breddy Sgt Miller, Sgt King, Sgt Mannols, Sgt Corle, Sgt Johnson, Sgt White Sgt Haile, Sgt Cottnah, Sgt Caralge, Officer Lessor, Officer E Flourney Officer Edwards, L Rodriquez, Medical Director John Doe #22, Dicipl inary Report Inustigator John Doe #24, John Doe #25, John Doe #26 Violated Plaintiff first Amendment, fourth Amendment, fifth Ame nd ment, eight Amendment, Fourteenth Amendment and State laws for retaliation's and discrimination.

. H. Award Compensatory Damages For Plaintiff physical and emotional Injurys and loss of property for the ammount $ _____ and nominal, punitive damages against each defendant without the cost of incorcertion.

. I. Also Plaintiff asks the court to grant him a Preliminary Injunc tion with a Temporary Restriction Order from all defendents on this claim and seek tranfer to another Institution.

. J. Grant Plaintiff Declaratory Judgement from all defendant's deliver him from invasion of Interference by physical Intrusion, from violati ons of privacy, exposure and grant him a tranfer since wele he's have prove dangerous.

. K. Also Plaintiff Issue on Injunction that defendant's Medical Pro vider provide him with his medical needs according to diagnostic by the outside physician.

. L. And any other relief asit may appear Plaintiff entitled to.

(31)

## VII. Exhaustion of Administrative Remedies.

Plaintiff have exhaust to the full capacity of his knowledge all remedies to which he was allowed.

## VIII. Prior Litigation.

Plaintiff have no Priors of concern to Litigation.

## IX. Certification.

I Declare under penalty of perjury that the foregoing is true and correct.

Date. 2/18/21    Plaintiff Signature _____

Printed Name of Plaintiff: Jonathan Nunez    ID#: M45518

Correctional Institution: Santa Rosa C.I.

Address: 5850 East Milton Road
         Milton, Florida, 32583

I certify and declare under penalty of perjury that this complaint was delivered to prison official's for mailing.
___18___ day of February _____ 2021

_____
Plaintiff Signature


PROVIDED
TO SANTA ROSA C.I.
ON FEB 18 2021
FOR MAILING BY

(32)

Jonathon Nunez M45518
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida, 32583



United State District Court
Clerk of Court
111 N. Adams Street
Tallahassee, Florida, 32301-7717

PROVIDED
TO SANTA ROSA C.I.
ON FEB 18 2021
FOR MAILING BY

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

US POSTAGE