**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JONATHAN NUNEZ,**

      **Plaintiff,**

**v.**                                   **Case No. 4:21-cv-101-AW-MJF**

**DONAL LEAVINS, WARDEN, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 4, 2022 Report and Recommendation, ECF No. 46, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 46) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "This action is dismissed without prejudice for Plaintiff's failure to comply with court orders."

3.    The clerk will close the file.

SO ORDERED on April 3, 2022.

s/ *Allen Winsor*
United States District Judge